AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 22, 2023**

SEAN F. McAVOY, CLERK

RICHARD S.,  )
    *Plaintiff*  )
    v.  )    Civil Action No. 1:22-cv-03068-RHW
    )
KILOLO KIJAKAZI,  )
ACTING COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Report and Recommendation, ECF No. 16, is ADOPTED in its entirety; Plaintiff's Motion for Summary Judgment, ECF No. 9, is GRANTED. The Commissioner's decision is REVERSED and this matter is REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); Defendant's Motion for Summary Judgment, ECF No. 12, is DENIED.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Robert H. Whaley  on a Report and Recommendation.

Date: September 22, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore